UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ATD TECHNOLOGY LLC, MERZENA RAGHURAI,

                              Plaintiffs,

                -against-                          **ORDER**
                                                      CV 23-6150 (EK) (ARL)

ALVIN RAGHURAI, ANNE RAGHURAI, TAYLORED STAFFING, INC.,

                              Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Completion and filing of the attached form is the first step in the scheduling process and is mandatory. This Rule 26(f) Report shall be submitted to the Court by October 10, 2023.

Dated: Central Islip, New York
           September 8, 2023

SO ORDERED:

_____/s/_____
ARLENE ROSARIO LINDSAY
United States Magistrate Judge