UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE:** 11/8/2023
United States Magistrate Judge

**TIME:** 11:45 AM

**DOCKET NO:** 23-cv-06150-EK-ARL

**CASE:** ATD Technology LLC et al v. Raghurai et al

<u> X </u>   **INITIAL CONFERENCE**
       **STATUS CONFERENCE**
<u> X </u>   **SCHEDULING CONFERENCE**       **BY TELEPHONE** <u> X </u>
       **SETTLEMENT CONFERENCE**
       **FINAL CONFERENCE**
<u> X </u>   **MOTION**

**APPEARANCES:**     **FOR PLAINTIFF:**     **FOR DEFENDANTS:**

Matthew Didora     Michael B. Smith

The following rulings were made:

     **Rulings with respect to Documents [18], [22], and [23] placed on the record. The matter is consolidated for discovery with 23-cv-6157 (EK)(ARL). Plaintiff will comply with the demands outlined in Doc. [22]. The Stipulated Protective Order [23] is approved. The parties agreed to a schedule which shall be entered in a separate Order.**

**SO ORDERED:**

/s/
