UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATD TECHNOLOGY LLC and MERZENA
RAGHURAI,

                       Plaintiffs,                    **ORDER**
                                                                                               23-CV-6150 (EK) (ARL)
       -against-

ALVIN RAGHURAI, ANNE RAGHURAI and
TAYLORED STAFFING INC.,

                       Defendants.
------------------------------------------------------------------X
RAGHURAI, INC.,

                       Plaintiff,

                                                                                       23-CV-6157 (EK) (ARL)
      -against-

ATD TECHNOLOGY LLC,

                       Defendants.
------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the Court are numerous letters from the parties concerning the difficulties they have had during the discovery process. The defendants/counterclaimants, Alvin Raghurai, Anne Raghurai, Taylored Staffing Inc. and Raghuri, Inc., complain that although the parties have agreed on custodians and sources of ESI, they have been unable to agree on search terms. The plaintiffs, ATD and Merzena Raghurai, argue that counsel for the defendants has not engaged in the meet and confer process in good faith regarding the search terms. They also request that the Court stay further ESI discovery pending a premotion conference scheduled before District Judge Komitee. Finally, the plaintiffs complains that they have produced numerous documents but have received nothing from the defendants who continuously assert broad based objections to their requests.

      Both parties' motions are denied. Upon receipt of this order, counsel for the parties are directed to meet and confer, in person, or by zoom to discuss, in good faith, the ESI search terms as well as any outstanding discovery including discovery to which the defendants simply broadly objected. Objections must be stated with specificity thereby allowing for an opportunity to address any issues. Discovery is not stayed pending the premotion conference or the anticipated dispositive motion. During the meet and confer conference, the parties are also to agree on a date for the exchange of such discovery.

Counsel are reminded that where the attorneys for affected parties cannot agree on a resolution of a discovery dispute they may submit a letter motion not exceeding three pages in length outlining the nature of the dispute and attaching relevant materials.  *See* Local Civil Rule 37.3.  They may not submit multiple letters, as they did here, concerning the same topic.  In the future, such letters will be returned.

Dated: Central Islip, New York
       February 14, 2024

**SO ORDERED:**

_____/s_____
ARLENE R. LINDSAY
United States Magistrate Judge